UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80080-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JUAN NAVA RUIZ**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 29]. On October 5, 2021, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 21] during which Defendant pled guilty to the sole charge in the Information [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF No. 22]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Information [ECF No. 29]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 29] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Juan Nava Ruiz as to the sole charge in the Information is **ACCEPTED**;

CASE NO. 21-80080-CR-CANNON

3. Defendant Juan Nava Ruiz is adjudicated guilty of the Information, which charges him with conspiracy to solicit and receive health care kickbacks, in violation of 18 U.S.C. § 371 and 42 U.S.C. § 1320a-7b(b)(1)(A).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of November 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record